**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **JAMES RIVER INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiff,** | ) | **FILE NO. 4:22-cv-00041-ELR** |
| | ) | |
| **DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, and JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated,** | ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## PLAINTIFF'S MOTION TO REASSIGN CASE TO JUDGE AMY TOTENBERG

This case is closely related to a case that is currently before Judge Amy

Totenberg of this Court: *Jarrod Johnson v. 3M Company, et al.*, Civil Action No.

4:20-cv-0008-AT (the "Johnson case"). This case involves the same facts, many of

the same witnesses, the same parties, the same attorneys, and the same argument

that any discharges of substance were intentional as a part of the normal business

operations of the Dalton-Whitfield Regional Solid Waste Management Authority.

Judge Totenberg has extensive knowledge of the facts, issues, and legal arguments.

Based on Judge Totenberg's familiarity with the facts, legal issues, and the parties,

Plaintiff respectfully requests that this case be reassigned to Judge Totenberg based on principles of judicial economy and efficiency.

This 4th day of March, 2022.

Respectfully submitted,

**HAWKINS PARNELL & YOUNG LLP**

303 Peachtree Street, Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400 Office
(404) 614-7500 Facsimile
fbedinger@hpylaw.com
bsprinkle@hpylaw.com

*/s/ Frank C. Bedinger*
Frank C. Bedinger
Georgia Bar No. 046675
Brian Sprinkle
Georgia Bar No. 673036

*Attorneys for James River Insurance Company*