# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| **JAMES RIVER INSURANCE COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) ) | **CIVIL ACTION FILE NO. 4:22-cv-00041-ELR** |
| **DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY,** and **JARROD JOHNSON,** individually, and on behalf of a class of persons similarly situated, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ACKNOWLEDGEMENT AND WAIVER OF SERVICE OF SUMMONS

COMES NOW **JARROD JOHNSON**, a Defendant hereinabove, and by and through the undersigned counsel, hereby acknowledges and waives service of Summons and process for Plaintiffs' Complaint for Declaratory Judgment, as same has been filed in the above-captioned matter.

Respectfully submitted this ___8th___ day of ___March___, 2022.

**THE STONE LAW GROUP-TRIAL LAWYERS, LLC**

*/s/ William S. Stone*
WILLIAM S. STONE
Georgia Bar No. 684636

5229 Roswell Road NE
Atlanta, GA 30342
(404) 239-0305 (Phone)
(404) 445-8003 (Fax)
billstone@stonelaw.com

- 1 -

13178257v.1