# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION FILE NO.: |
| | : 4:22-CV-00041-ELR |
| DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, and JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated, | : |
| Defendants. | : |

## DEFENDANT DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant, DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY ("DWSWA"), by and through the undersigned counsel, and pursuant to Local Rule 3.3, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement, showing this Honorable Court as follows:

1.

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff is JAMES RIVER INSURANCE COMPANY. DWSWA lacks knowledge or information sufficient to indicate whether Plaintiff has a parent corporation and whether any publicly held corporation owns 10% or more of the stock of Plaintiff.

Defendant DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY is a Georgia municipal solid waste authority created pursuant to an intergovernmental agreement between the City of Dalton and Whitfield County pursuant to O.C.G.A. § 12-8-53; it has no parent company, and no publicly held company owns 10% or more of its stock.

Plaintiff JARROD JOHNSON is an individual representing himself and a putative class of similarly situated people.

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None. However, the Defendants are parties to related litigation pending in this Court, Civil Action File No. 4:20-cv-0008-AT, in which Mr. Johnson is the Plaintiff and DWSWA is one of several Defendants.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

|  |  |
|---|---|
| For Plaintiff: | Frank C. Bedinger<br>Hawkins Parnell & Young LLP<br>303 Peachtree Street, Suite 4000<br>Atlanta, Georgia 30308-3243<br>T: (404) 614-7400<br>fbedinger@hpylaw.com |
| For Defendant DWSWA: | C. Bradford Marsh<br>Bradley S. Wolff<br>Kelly G. Chartash<br>Swift Currie McGhee & Hiers<br>The Peachtree, Suite 300<br>1355 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>T: (404) 874-8800<br>brad.marsh@swiftcurrie.com<br>brad.wolff@swiftcurrie.com<br>kelly.chartash@swiftcurrie.com<br><br>Henry C. Tharpe, Jr.<br>Tharpe Law Firm, LLC<br>P.O. Box 398 |

|  |  |
|---|---|
|  | 225 W. King Street<br>Dalton, Georgia 30722<br>T: (706) 278-5211<br>htharpe@daltongalaw.com |
| For Defendant Johnson: | William S. Stone<br>The Stone Law Group-Trial Lawyers, LLC<br>5229 Roswell Road NE<br>Atlanta, GA 30342<br>T: (404) 239-0305<br>billstone@stonelaw.com |

Respectfully submitted this 5th day of April, 2022.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Bradley S. Wolff*
C. Bradford Marsh
Georgia Bar No. 471280
Bradley S. Wolff
Georgia Bar No. 773388
Kelly G. Chartash
Georgia Bar. No. 602721
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
brad.marsh@swiftcurrie.com
brad.wolff@swiftcurrie.com
kelly.chartash@swiftcurrie.com

**THARPE LAW FIRM, LLC**

*/s/ Henry C. Tharpe, Jr.*
Henry C. Tharpe, Jr.
Georgia Bar No. 703250
P.O. Box 398
225 W. King Street
Dalton, Georgia 30722
(706) 278-5211
htharpe@daltongalaw.com

*Attorneys for Defendant Dalton-Whitfield Regional Solid Waste Management Authority*

**ATTORNEY'S CERTIFICATION**

I hereby certify that the foregoing pleading has been prepared with Times New Roman, 14 point-font, one of the font and point selections approved by the Court in L.R. 5.1C.

                              SWIFT, CURRIE, McGHEE & HIERS, LLP

                              ***/s/ Bradley S. Wolff***
                              C. Bradford Marsh
                              Georgia Bar No. 471280
                              Bradley S. Wolff
                              Georgia Bar No. 773388
                              Kelly G. Chartash
                              Georgia Bar. No. 602721
                              ***Attorneys for Defendant Dalton-Whitfield Regional Solid Waste Management***

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
brad.marsh@swiftcurrie.com
brad.wolff@swiftcurrie.com
kelly.chartash@swiftcurrie.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2022, I electronically filed **DEFENDANT DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court via the CM/ECF System, which sends a copy to all counsel of record.

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/ Bradley S. Wolff*
        C. Bradford Marsh
        Georgia Bar No. 471280
        Bradley S. Wolff
        Georgia Bar No. 773388
        Kelly G. Chartash
        Georgia Bar. No. 602721
        ***Attorneys for Defendant Dalton-Whitfield Regional Solid Waste Management***

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
brad.marsh@swiftcurrie.com
brad.wolff@swiftcurrie.com
kelly.chartash@swiftcurrie.com

4890-1380-4314, v. 1