**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO.: |
| vs. | : | |
| | : | 4:22-CV-00041-ELR |
| DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, and JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, KELLY G. CHARTASH of the law firm SWIFT, CURRIE, MCGHEE & HIERS, LLP, and enters an appearance as counsel of record on behalf of Defendant DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, and requests that all pleadings, notices, orders, and case filings be served at the following address:

Kelly G. Chartash, Esq.
SWIFT, CURRIE, McGHEE & HIERS, LLP
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Kelly.Chartash@SwiftCurrie.com

Respectfully submitted this 7th day of April, 2022.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

**/s/  Kelly G. Chartash**
C. Bradford Marsh
Georgia Bar No. 471280
Bradley S. Wolff
Georgia Bar No. 773388
Kelly G. Chartash
Georgia Bar. No. 602721
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
brad.marsh@swiftcurrie.com
brad.wolff@swiftcurrie.com
kelly.chartash@swiftcurrie.com
*Attorneys for Defendant Dalton-Whitfield*
*Regional Solid Waste Management Authority*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2022,  I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court via the CM/ECF System, which sends a copy to all counsel of record.


SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/  Kelly G. Chartash*
C. Bradford Marsh
Georgia Bar No. 471280
Bradley S. Wolff
Georgia Bar No. 773388
Kelly G. Chartash
Georgia Bar. No. 602721
*Attorneys for Defendant Dalton-Whitfield*
*Regional Solid Waste Management*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
brad.marsh@swiftcurrie.com
brad.wolff@swiftcurrie.com
kelly.chartash@swiftcurrie.com

4870-5261-9803, v. 1