# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, | : :  : |
| Plaintiff, | : : |
| | : CIVIL ACTION FILE NO.: |
| vs. | : : |
| | : 4:22-CV-00041-ELR |
| DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, and JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated, | : : : : : : : |
| Defendants. | : : |

### DEFENDANT DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY'S NOTICE OF CONSENT TO PLAINTIFF'S MOTION TO REASSIGN CASE TO JUDGE AMY TOTENBERG

COMES NOW, Defendant, DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY ("DWSWA"), by and through the undersigned counsel, and hereby gives notice of its consent and agreement to Plaintiff's Motion to Reassign Case to Judge Amy Totenberg (Doc. 6).

Respectfully submitted this 8th day of April, 2022.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Kelly G. Chartash*
C. Bradford Marsh
Georgia Bar No. 471280
Bradley S. Wolff
Georgia Bar No. 773388
Kelly G. Chartash
Georgia Bar. No. 602721
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
brad.marsh@swiftcurrie.com
brad.wolff@swiftcurrie.com
kelly.chartash@swiftcurrie.com

**THARPE LAW FIRM, LLC**

*/s/ Henry C. Tharpe, Jr.*
Henry C. Tharpe, Jr.
Georgia Bar No. 703250
P.O. Box 398
225 W. King Street
Dalton, Georgia 30722
(706) 278-5211
htharpe@daltongalaw.com

*Attorneys for Defendant Dalton-Whitfield Regional Solid Waste Management Authority*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, I electronically filed **DEFENDANT DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY'S NOTICE OF CONSENT TO PLAINTIFF'S MOTION TO REASSIGN CASE TO JUDGE AMY TOTENBERG** with the Clerk of Court via the CM/ECF System with the Clerk of Court via the CM/ECF System to all counsel of record.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Kelly G. Chartash*
C. Bradford Marsh
Georgia Bar No. 471280
Bradley S. Wolff
Georgia Bar No. 773388
Kelly G. Chartash
Georgia Bar. No. 602721
*Attorneys for Defendant Dalton-Whitfield Regional Solid Waste Management*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
brad.marsh@swiftcurrie.com
brad.wolff@swiftcurrie.com
kelly.chartash@swiftcurrie.com

4866-6194-8954, v. 1