**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY, | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 4:22-CV-00041-ELR |
| | * | |
| DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, et al., | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**O R D E R**

_____

Presently before the Court is Plaintiff's "Motion to Reassign Case to Judge Amy Totenberg" [Doc. 6] and Defendant Dalton-Whitfield Regional Solid Waste Management Authority's "Notice of Consent to Plaintiff's Motion to Reassign Case to Judge Amy Totenberg."  [Doc. 11].  By its instant motion, Plaintiff notifies the Court of an earlier-filed, related case currently pending before the Honorable Amy Totenberg of this district.[1]

To promote judicial economy and efficiency, the Court **GRANTS** Plaintiff's motion [Doc. 6] and **DIRECTS** the Clerk to reassign this case (Civil Action No.

---

[1] The related case is: <u>Jarrod Johnson v. 3M Company, et al.</u>, Civil Action No. 4:20-cv-0008-AT.

4:22-CV-00041) to Judge Totenberg.  Further, the Court **DIRECTS** the Clerk to assign to the undersigned the next new case that is set to be assigned to Judge Totenberg, in accordance with the standard practices of this Court.

**SO ORDERED**, this 12th day of April, 2022.

Eleanor L. Ross
United States District Judge
Northern District of Georgia