# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, | :<br>:<br>: |
| Plaintiff, | :<br>: |
| vs. | : CIVIL ACTION FILE NO.:<br>:<br>: 4:22-CV-00041-ELR |
| DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, and JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated, | :<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | : |

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Henry C. Tharpe, Jr. of the law firm THARPE LAW FIRM, LLC and enters an appearance as counsel of record on behalf of Defendant DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, and requests that all pleadings, notices, orders, and case filings be served at the following address:

Henry C. Tharpe, Jr.
P.O. Box 398
225 W. King Street
Dalton, Georgia 30722
(706) 278-5211
htharpe@daltongalaw.com

- 2 -

Respectfully submitted this 13th day of April, 2022.

**THARPE LAW FIRM, LLC**

/s/*Henry C. Tharpe, Jr.*
Henry C. Tharpe, Jr.
Georgia Bar No. 703250
P.O. Box 398
225 W. King Street
Dalton, Georgia 30722
(706) 278-5211
htharpe@daltongalaw.com

*Attorney for Defendant Dalton-Whitfield Regional Solid Waste Management Authority*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 13th day of April, 2022, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court via the CM/ECF System, which sends a copy to all counsel of record.

THARPE LAW FIRM, LLC

/s/*Henry C. Tharpe, Jr.*
Henry C. Tharpe, Jr.
Georgia Bar No. 703250
P.O. Box 398
225 W. King Street
Dalton, Georgia 30722
(706) 278-5211
htharpe@daltongalaw.com

*Attorney for Defendant Dalton-Whitfield Regional Solid Waste Management Authority*

4886-0413-2891, v. 1