# HAWKINS PARNELL
Hawkins Parnell & Young, LLP

303 Peachtree Street, NE, Suite 4000
Atlanta, GA 30308

FRANK C. BEDINGER, ESQ.
Direct: 404-614-7469
Email: fbedinger@hpylaw.com

April 27, 2022

Attn: Courtroom Deputy
  to the Honorable Amy Totenberg
United States District Court
2388 Richard B. Russell Federal Building
  and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

       **Re:**    **James River Insurance Company v. Dalton-Whitfield Regional Solid Waste Management Authority, et al.**
                  United States District Court, Northern District of Georgia (Rome Division)
                  Civil Action File No. 4:22-cv-00041-AT

Dear Courtroom Deputy:

      The purpose of this letter is to advise you that I shall be away from the practice of law on the following dates: May 5, 2022 to May 9, 2022, and June 27, 2022 to July 5, 2022. Pursuant to LR 83.1(E)(4), ND Ga, it is my understanding that I am not required to file a formal petition for leave of absence and accompanying order. Please note that I am electronically filing this letter to provide notice upon all parties in the above-referenced case.

      Should you have any questions, please do not hesitate to contact me. Thank you for your consideration of this matter. Trusting all is in order, I am

                                        Very truly yours,

                                        **HAWKINS PARNELL & YOUNG LLP**

                                        */s/ Frank C. Bedinger*

                                        Frank C. Bedinger

/ttw

cc:     All counsel of record

30968658v1