# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, ) ) ) Plaintiff, ) ) ) DALTON-WHITFIELD ) REGIONAL SOLID WASTE ) MANAGEMENT AUTHORITY, ) and JARROD JOHNSON, ) individually, and on behalf of a ) class of persons similarly situated, ) ) Defendants. ) _____ ) | CIVIL ACTION FILE NO. 4:22-cv-00041-ELR |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 3.3A NDGa, Plaintiff discloses as follows:

1.  The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of Plaintiff: **NONE**.

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

1

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: **NONE**.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the Plaintiff: **None other than the undersigned**.

Respectfully submitted, this 28th day of April, 2022.

**HAWKINS PARNELL & YOUNG, LLP**

303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308-3243
P: (404) 614-7400
F: (404) 614-7500
E: fbedinger@hpylaw.com
   bsprinkle@hpylaw.com

*/s/ Frank C. Bedinger*
Frank C. Bedinger
Georgia Bar No. 046675
Brian W. Sprinkle
Georgia Bar No. 673036

*Attorneys for Plaintiff James River Insurance Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **JAMES RIVER INSURANCE COMPANY,** ) ) ) **Plaintiff,** ) ) **DALTON-WHITFIELD** ) **REGIONAL SOLID WASTE** ) **MANAGEMENT AUTHORITY,** ) **and JARROD JOHNSON,** ) **individually, and on behalf of a** ) **class of persons similarly situated,** ) ) **Defendants.** ) _____ ) | **CIVIL ACTION** **FILE NO. 4:22-cv-00041-ELR** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the within and foregoing pleading was filed with the Clerk of Court using the CM/ECF system, which will send notification to counsel for all parties of record as follows:

Kelly G. Chartash, Esq.
SWIFT CURRIE McGHEE & HIERS, LLP
1355 Peachtree Street NE, Suite 300
Atlanta, GA 30309
Kelly.chartash@swiftcurrie.com
*Attorney for Defendant Dalton-Whitfield*

Henry C. Tharpe, Jr., Esq.
225 W. King Street
Dalton, GA 30722
htharpe@daltongalaw.com
*Co-Counsel for Defendant Dalton-Whitfield*

William S. Stone, Esq.
THE STONE LAW GROUP - TRIA
TRIAL LAWYERS, LLC
5229 Roswell Rd NE
Atlanta, GA 30342
billstone@stonelaw.com
*Attorney for Defendant Johnson*

3

13040800v.1

This 28th day of April, 2022.

**HAWKINS PARNELL & YOUNG, LLP**

| | |
|---|---|
| 303 Peachtree Street, N.E., Suite 4000<br>Atlanta, Georgia 30308-3243<br>P: (404) 614-7400<br>F: (404) 614-7500<br>E: fbedinger@hpylaw.com | */s/ Frank C. Bedinger*<br>Frank C. Bedinger<br>Georgia Bar No. 046675<br><br>*Attorneys for Plaintiff James River Insurance Company* |