# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE NO.: |
| vs. | : |
| | : 4:22-CV-00041-ATT |
| DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, and JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF COMPLIANCE OF C. BRADFORD MARSH

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 28th day of April, 2022.

SWIFT, CURRIE, McGHEE & HIERS, LLP
*/s/ C. Bradford Marsh*
C. Bradford Marsh
Georgia Bar. No. 471280
***Attorney for Defendant Dalton-Whitfield Regional Solid Waste Management***

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
brad.marsh@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022, I electronically filed **CERTIFICATE OF COMPLIANCE OF C. BRADFORD MARSH** with the Clerk of Court via the CM/ECF System, which will send automatic notification to all counsel of record.

      SWIFT, CURRIE, McGHEE & HIERS, LLP

      ***/s/ C. Bradford Marsh***
      C. Bradford Marsh
      Georgia Bar. No. 471280
      ***Attorney for Defendant Dalton-Whitfield***
      ***Regional Solid Waste Management***

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
brad.marsh@swiftcurrie.com