IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| | : CIVIL ACTION FILE NO.: |
| vs. | : <br> : 4:22-CV-00041-ATT |
| DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, and JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated, | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## CERTIFICATE OF COMPLIANCE OF HENRY C. THARPE, JR.

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 28th day of April, 2022.

**THARPE LAW FIRM, LLC**

/s/Henry C. Tharpe, Jr.
Henry C. Tharpe, Jr.
Georgia Bar No. 703250
P.O. Box 398
225 W. King Street

Dalton, Georgia 30722
(706) 278-5211
htharpe@daltongalaw.com
***Attorneys for Defendant Dalton-Whitfield Regional Solid Waste Management Authority***

## CERTIFICATE OF SERVICE

I hereby certify that on April 28th, 2022, I electronically filed **CERTIFICATE OF COMPLIANCE OF HENRY C. THARPE, JR.** with the Clerk of Court via the CM/ECF System, which will send automatic notification to all counsel of record.

**THARPE LAW FIRM, LLC**

/s/Henry C. Tharpe, Jr.
Henry C. Tharpe, Jr.
Georgia Bar No. 703250
P.O. Box 398
225 W. King Street
Dalton, Georgia 30722
(706) 278-5211
htharpe@daltongalaw.com
***Attorneys for Defendant Dalton-Whitfield Regional Solid Waste Management Authority***

4860-6498-6654, v. 1