## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION FILE NO.: |
| | : 4:22-CV-00041-ATT |
| DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, and JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated, | : |
| Defendants. | : |

### CERTIFICATE OF COMPLIANCE OF KELLY G. CHARTASH

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 29th day of April, 2022.

    SWIFT, CURRIE, McGHEE & HIERS, LLP

    */s/ Kelly G. Chartash*
    Kelly G. Chartash
    Georgia Bar. No. 602721
    *Attorney for Defendant Dalton-Whitfield*
    *Regional Solid Waste Management*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
kelly.chartash@swiftcurrie.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed the foregoing **CERTIFICATE OF COMPLIANCE OF KELLY G. CHARTASH** with the Clerk of Court via the CM/ECF System, which will send automatic notification to all counsel of record.

                                        SWIFT, CURRIE, McGHEE & HIERS, LLP

                                        ***/s/  Kelly G. Chartash***
                                        Kelly G. Chartash
                                        Georgia Bar. No. 602721
                                        ***Attorney for Defendant Dalton-Whitfield***
                                        ***Regional Solid Waste Management***

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
kelly.chartash@swiftcurrie.com

4854-7018-0382, v. 1