IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION FILE NO. 4:22-cv-00041-ELR |
| DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, and JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### CERTIFICATE OF COMPLIANCE OF FRANK C. BEDINGER

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted, this 29th day of April, 2022.

                                          HAWKINS PARNELL & YOUNG, LLP

303 Peachtree Street, N.E., Suite 4000    */s/ Frank C. Bedinger*
Atlanta, Georgia 30308-3243    Frank C. Bedinger
P: (404) 614-7400    Georgia Bar No. 046675
F: (404) 614-7500    Brian W. Sprinkle
E: fbedinger@hpylaw.com    Georgia Bar No. 673036
    bsprinkle@hpylaw.com    *Attys for Plaintiff James River Insurance Company*

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| **JAMES RIVER INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | **CIVIL ACTION FILE NO. 4:22-cv-00041-ELR** |
| **DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY,** and **JARROD JOHNSON,** individually, and on behalf of a class of persons similarly situated, | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the within and foregoing pleading was filed with the Clerk of Court using the CM/ECF system, which will send notification to counsel for all parties of record as follows:

Kelly G. Chartash, Esq.
SWIFT CURRIE McGHEE & HIERS, LLP
1355 Peachtree Street NE, Suite 300
Atlanta, GA 30309
Kelly.chartash@swiftcurrie.com
*Attorney for Defendant Dalton-Whitfield*

Henry C. Tharpe, Jr., Esq.
225 W. King Street
Dalton, GA 30722
htharpe@daltongalaw.com
*Co-Counsel for Defendant Dalton-Whitfield*

William S. Stone, Esq.
THE STONE LAW GROUP - TRIA
TRIAL LAWYERS, LLC
5229 Roswell Rd NE
Atlanta, GA 30342
billstone@stonelaw.com
*Attorney for Defendant Johnson*

2

This 29th day of April, 2022.

                                              **HAWKINS PARNELL & YOUNG, LLP**

| | |
|---|---|
| 303 Peachtree Street, N.E., Suite 4000<br>Atlanta, Georgia 30308-3243<br>P: (404) 614-7400<br>F: (404) 614-7500<br>E: fbedinger@hpylaw.com | */s/ Frank C. Bedinger*<br>Frank C. Bedinger<br>Georgia Bar No. 046675<br><br>*Attorneys for Plaintiff James River Insurance Company* |