# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION FILE NO.: |
| | : 4:22-CV-00041-ATT |
| DALTON-WHITFIELD REGIONAL SOLID WASTE MANAGEMENT AUTHORITY, and JARROD JOHNSON, individually, and on behalf of a class of persons similarly situated, | : |
| Defendants. | : |

## CERTIFICATE OF COMPLIANCE OF BRADLEY S. WOLFF

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 2nd day of May, 2022.

SWIFT, CURRIE, McGHEE & HIERS, LLP

/s/ Bradley S. Wolff
Bradley S. Wolff
Georgia Bar. No. 773388
*Attorney for Defendant Dalton-Whitfield Regional Solid Waste Management*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
brad.wolff@swiftcurrie.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2022, I electronically filed **CERTIFICATE OF COMPLIANCE OF BRADLEY S. WOLFF** with the Clerk of Court via the CM/ECF System, which will send automatic notification to all counsel of record.

                                                 SWIFT, CURRIE, McGHEE & HIERS, LLP

                                                 /s/ Bradley S. Wolff
                                                 Bradley S. Wolff
                                                 Georgia Bar. No. 773388
                                                 *Attorney for Defendant Dalton-Whitfield*
                                                 *Regional Solid Waste Management*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 874-8800
brad.wolff@swiftcurrie.com


4870-1289-8334, v. 1